Exhibit A to the Complaint

**Location:** Suwanee, GA  **IP Address:** 35.129.165.11
**Total Works Infringed:** 41  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | A82DEAA0CDD71EE50969BBCE58FF1220C68156D6 | 04/24/2025 09:41:48 | Blacked Raw | 09/02/2024 | 09/17/2024 | PA0002490348 |
| 2 | 7ee0d19e00ae8631b8d576a0d8701e7c59bfd92f | 04/24/2025 09:22:06 | Blacked | 11/27/2021 | 02/03/2022 | PA0002341770 |
| 3 | 7ef4b74e4ebb442b30727baf46c56d384653c61b | 04/24/2025 08:43:43 | Blacked | 01/28/2023 | 03/07/2023 | PA0002400316 |
| 4 | 7e1231d4245850658a7fadd023af99d5f8c8fe41 | 04/24/2025 08:34:31 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 5 | 7e1a5920a1bae31c9efdf02f99597b10cece5e5a | 04/24/2025 08:33:58 | Vixen | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 6 | 7e9b6bf9ab1b218a4df60316df2dff9ced6bbd7c | 04/24/2025 08:10:14 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 7 | 7e9881f27bc75b3ea5fa5645baf13475d00f1cb2 | 04/24/2025 08:08:35 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 8 | 7e83f6ba5adb680d328811733b96e24f647cadc5 | 04/24/2025 08:07:54 | Milfy | 07/03/2024 | 09/05/2024 | PA0002491137 |
| 9 | 7ecef6c1162fa4176cbdb17961692a29570bc127 | 04/24/2025 08:02:52 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 10 | 7e0555e67b0a740e038ef2f98a3e3cbc1d7b9879 | 04/24/2025 07:56:54 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 11 | 7e059a362ea8b8b327f9c0ef2b80d6dce1791238 | 04/24/2025 07:54:42 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 12 | 722ABDC9DB50A9E2CCC76C88FAFA6C41CDBFCF92 | 04/22/2025 05:31:39 | Blacked Raw | 01/26/2025 | 02/18/2025 | PA0002515983 |
| 13 | 7DD43B6ED5ADBA913E2197B3440B4A103CE235E4 | 04/05/2025 22:31:55 | Vixen | 07/08/2022 | 08/10/2022 | PA0002370903 |
| 14 | c41b46c1851f52db3a204f939239ed0e8144fe97 | 03/27/2025 02:20:42 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 15 | c794210f7501d9501cf4ec2fa3f4ecc2b7b6780c | 03/26/2025 22:46:22 | Tushy | 03/28/2021 | 04/27/2021 | PA0002288947 |
| 16 | c41b70e56ce88c9f87e9281830281168065466ff | 03/26/2025 16:45:15 | Tushy | 10/03/2018 | 11/01/2018 | PA0002143432 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | c41754346569ac83f54c660ef03b475faeebc475 | 03/26/2025 16:44:07 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 18 | c5f3df6a1d30862a76f3e94569c37e2cdfcfa632 | 03/25/2025 10:47:18 | Blacked Raw | 06/13/2022 | 06/27/2022 | PA0002354983 |
| 19 | 0b1234fff41da1826bdde4e8d486f290f0061b74 | 03/24/2025 18:12:59 | Tushy | 02/13/2022 | 03/29/2022 | PA0002342838 |
| 20 | cdc1c8026e498c4486f6c7087b2d624e798dd616 | 03/23/2025 23:52:05 | Vixen | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 21 | c43143740ac2fdf8a9a8cb08ed45fb335ba1c09c | 03/23/2025 22:38:41 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 22 | c5a6d6cf874c288c729eb2c45c3feb23e7eaf066 | 03/22/2025 21:15:32 | Tushy | 09/29/2024 | 10/16/2024 | PA0002494779 |
| 23 | ccb7c21d34c504b56d0fecaa7c4e32ecf21890e4 | 03/22/2025 17:33:02 | Blacked | 09/30/2023 | 10/18/2023 | PA0002435266 |
| 24 | 6719c2a0c0e8682de12a6bdbce9f78c1b213bc6e | 02/20/2025 21:39:15 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 25 | 98df48a0e27d837cbaa85465b7e22f57720cf3ff | 02/19/2025 03:43:14 | Blacked | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 26 | 837e475458b5e6a47e5116b905f470cbaefea7ce | 02/14/2025 08:30:20 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 27 | 392b92ea51d958d5be9060476d11928adfd29e67 | 01/28/2025 01:23:42 | Blacked | 09/23/2023 | 10/17/2023 | PA0002435265 |
| 28 | cde4eba5634e3d2935149cdd03633339c5da8820 | 01/06/2025 20:11:25 | Blacked Raw | 04/18/2022 | 04/23/2022 | PA0002346421 |
| 29 | 9fc26812ebaea734da27b143748eafba27e2e82c | 01/05/2025 18:24:00 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 30 | 63f0e40220db243db43fc93a43780e1d6a543b8f | 01/03/2025 22:58:33 | Vixen | 12/20/2019 | 02/03/2020 | PA0002225564 |
| 31 | 63cd460c2e1eb0a247a54f5e7519567cfb0fa018 | 01/03/2025 22:50:18 | Blacked Raw | 01/24/2023 | 01/27/2023 | PA0002393074 |
| 32 | 2bd4395dc201c50d016a35335f3266bd31f58edc | 01/03/2025 16:16:08 | Vixen | 08/12/2022 | 08/30/2022 | PA0002367721 |
| 33 | 347619C5094DCC26E5155469838434EE51ED9D47 | 01/01/2025 02:26:37 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 34 | 57542f56ccd71ad470ddfc3653f1137a3c6131e9 | 01/01/2025 00:39:03 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 57cd7132a1b976058fd729c677322527cd4dc3d7 | 01/01/2025 00:37:45 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 36 | F8175E54D5DF76E1843F0A7AE8279402B24C06BD | 12/26/2024 07:32:48 | Tushy | 10/24/2021 | 11/11/2021 | PA0002321315 |
| 37 | 7FDBE2D543C19741908CABC971560D714E2E59C8 | 12/24/2024 07:51:08 | Vixen | 07/14/2023 | 08/17/2023 | PA0002425769 |
| 38 | F43EFE01042FE80092BCA4A5C8B7FC176890C17B | 12/23/2024 01:32:13 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 39 | 6C760AE2F55A060F028580E9EA88092FD3525901 | 12/23/2024 01:05:15 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 40 | 8C6C3452386150D8F3F68FC6FCE306D5C3AFF6B1 | 12/22/2024 21:03:06 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 41 | F575E9DA614779F418DDD2656389328800E845C2 | 12/22/2024 10:04:28 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |